UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYRIN D. CARTER,

                        Plaintiff,

        v.

ALEX RICH, et al.,

                        Defendant.

CASE NO. C26-5007 BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge Grady Leupold's Report and Recommendation (R&R), recommending the Court deny pro se plaintiff Kyrin Carter's application to proceed *in forma pauperis* and dismiss his complaint without prejudice and without leave to amend, for failure to state a plausible claim and for failure to comply with a Court order. Dkt. 9.

A district judge must determine de novo any part of a magistrate judge's proposed disposition to which a party has properly objected. It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R.

ORDER - 1

Civ. P. 72(b)(3). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

Carter has not objected to the R&R, and it is neither clearly erroneous nor contrary to law. The R&R is **ADOPTED**. Carter's application to proceed *in forma pauperis* is **DENIED** and this case is **DISMISSED** without prejudice and without leave to amend.

**IT IS SO ORDERED**.

Dated this 27th day of April, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2